

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Henorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. 0-5586

Re: Is the Board of Insurance Com-
missioners authorized to hire and
pay additional employees, under the
provisions of the rider attached to
the Appropriation Bill, for the bi-
ennium beginning September 1, 1943.

We have given careful consideration to your letter
of August 30, 1943, which reads as follows:

"The General Appropriation Bill for the
biennium ending August 31, 1943 has the fol-
lowing Rider attached to the appropriation
for The Board of Insurance Commissioners.
'For the purpose of paying the foregoing ex-
amination expense and such additional or sup-
plemental expense as is necessary incident to
the examination work, and for the payment of
the salaries and expenses of <u>any additional
examiners</u>, <u>stenographers</u>, <u>clerks</u> and <u>such
help as is necessary</u> in the administration
of the examining division (provided any addi-
tional employees performing similar work to
the position designated hereinabove shall not
receive a greater sum of compensation than
that herein provided), and for defraying all
other expenses necessary for the administra-
tion of the provisions of Chapter 152 of the
General Laws of the Regular Session of the
Forty-second Legislature. . . .' (underscor-
ing provided).

"The Appropriation Bill for the ensuing
biennium for the Insurance Commission carries
the following Rider:   'For the purpose of pay-
ing the foregoing examination expense and such
additional or supplemental expense as is neces-
sary incident to examination of insurance com-
panies domiciled outside of Texas, and for de-
fraying all other expenses necessary for the
administration of the provisions of Chapter
152 of the General Laws of the Regular Session
of the Forty-second Legislature.  . . .'

"You will note that the Rider for the en-
suing biennium does not carry specifically the
authorization for hiring additional help,
either for examination of insurance companies
domiciled outside Texas or those domiciled in
the State.

"I shall thank you to advise this Depart-
ment whether or not the Insurance Commission
is authorized to hire additional employees and
pay the salaries and expenses of same out of
the fees collected under the provisions of the
Rider."

While the rider attached to the Appropriation
Bill for the years 1941 and 1942 are worded differently
from the one attached to the Appropriation Bill for 1943-
1944, each of said riders has the same legal effect.

In the rider attached to the present Appropria-
tion Bill, beginning September 1, 1943, it is specifical-
ly provided that:

"For the purpose of paying the foregoing
examination expenses and such additional or
supplemental expenses as is necessary incident
to examination of insurance companies * * *
there is hereby appropriated all fees and as-
sessments collected under authority of said
examining law."

While the Legislature made specific appropriation
for some thirty-eight different and specific purposes to be
paid out of the fees and assessments collected under author-

ity of the examining law, the rider in effect authorizes
the Board to employ such additional and supplemental
help, and incur such additional expense as the Board
deemed necessary, and pay same out of said examination
fees.    You are therefore advised that in our opinion
the Board may employ such additional help, and incur
such additional expense as is necessarily incident for
the administration of the examining law, and pay same
out of the fees collected for said purposes, under the
provisions of said rider. Your question is answered in
the affirmative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Geo. W. Barcus_

Geo. W. Barcus
Assistant

GWB-kH

APPROVED SEP 11, 1943

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY _BWB_
CHAIRMAN